# Affidavit of Samuel G. Hayward

**1.** My name is Samuel G Hayward. I am in good standing with the Kentucky Bar Association is well as the United States Western District of Kentucky.

**2.** During the pandemic a secretary/legal assistant who has had approximately 40 years in this capacity had to be let go due to the fact that she had a medical condition but not one that would prevent her from working and when the United States government came out with a relief to those people that were unemployed she voiced on one occasion to this affiant that it was more financially rewarding to her if she were unemployed.

**3.** Immediately after this statement which was immediately after the relief money became available her attitude and job performance went steadily downhill. It was obvious to both myself and my son Samuel G. Hayward Junior (Chip) that she wanted desperately to get fired.

**4.** She was extremely knowledgeable of the requirements of the federal rules of civil procedure and handled all of those cases as far as filings and compliance with all of the rules. I was told repeatedly by her that she would take care of the paperwork necessary as part of her job description to make sure that we were in compliance. Recently we have received a similar notice in another case in which we are now going back through every federal case that we have to make sure that we are in compliance.

**5.** Because of the fear that a pleading will go unanswered not only do I but my new legal assistant both check our emails and respond immediately to any case that we have in federal court. Because of the fact that we have had communications in this matter I had assumed that we were in compliance as I was told by Debra additionally.

**6.** Ms. Hilton in the follow-up to her plan of seeking unemployment she filed for unemployment and we have timely complied with a protest against her receiving unemployment.

**7.** Because of the fact that this office does an abnormal number of unemployment cases we have checked on all of our cases periodically because of the fact that the Commonwealth of Kentucky was not set up to handle all of the cases and according to the Courier-Journal there is approximately 62,000 cases being processed. We officially appealed her application based upon the laws of the Commonwealth of Kentucky and alleged misconduct by not complying with her job description intentionally.

**8** prior to this pandemic from all of the observations of both my son and myself we had never been misled by Ms. Hilton, nor did we have any reason to believe that she would blatantly lie to us in response to a simple question of "as the complaint been filed and the procedures for servers been complied with" Debra would always answer in the positive (yes).

9. Because of the fact that there was ongoing communication regarding any case that we had in federal court I assumed that we were in compliance until yesterday and today when I got back to back show cause orders. We are in the process of going through every federal court case and have alerted our entire staff of the requirements the federal rule 4(m).

10. This affiant respectfully asked court for leave to comply with the Federal Rule and have prepared and are submitting a request to allow us the opportunity to resubmit and refile the subpoenas/service of process papers needed to comply with the rule.

11. I certainly apologize for the mistakes that were made regarding Rule 4(m) and asked that the court except the reasons for our failure to comply and grant us the ability to get into compliance. Further affiant sayeth naught.

_____
Samuel G. Hayward

COMMONWEALTH OF KENTUCKY )

COUNTY OF JEFFERSON )

Subscribed and sworn to before me by, Samuel G. Hayward, this 2⁴ day of Sep 2020.

My Commission Expires: 3-24-22

_____
NOTARY PUBLIC
STATE AT LARGE
NOTARY ID: 500204