UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER GALBUSIERI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:20-CV-439-CHB |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF THE ARMY, et al., ) | |
| ) | |
| Defendants. ) | |

## **PROPOSED ORDER**

Motion having been made by Plaintiff, Christopher Galbusieri, and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Request Continuance is **GRANTED**. This is a final and appealable order and there is no just cause for delay.

_____

Judge Claria Horn Boom

United States District Court

DATE: _____

Tendered by:

/s/ Samuel G. Hayward
Samuel G. Hayward
ADAMS, HAYWARD, & WELSH
4036 Preston Highway
Louisville, KY 40213
(502) 366-6456
samuelghayward@hotmail.com