# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER GALBUSIERI ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DEPARTMENT OF THE ARMY ) <br> ) <br> Defendant ) | Civil Action 3:20-CV-439-JRW |

## DECLARATION OF SHAWN M. SIPES

I, Shawn M. Sipes, declare as follows:

1. I am the Acting Chief, Operations and Records Branch, United States U.S. Army Claims Service, 4411 Llewellyn Avenue, Suite 5360, Fort George G. Meade, Maryland 20755-5125. In this capacity, I have access to records of all claims against the U.S. for which the Army has investigative responsibility. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related torts claims statutes.

2. A thorough search of all records available to this Service has found that no administrative claims under the Federal Tort Claims Act or other related tort claims statutes have been filed by **CHRISTOPHER GALBUSIERI.**

3. Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Shawn M. Sipes
Acting Chief, Operations and Records
U.S. Army Claims Service

Executed this 27th day of January 2021, at Fort George G. Meade, Maryland.