UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


CHRISTOPHER GALBUSIERI                                                    PLAINTIFF

v.                                    CIVIL ACTION NO. 3:20-cv-00439-CHB (*e-filed*)

UNITED STATES OF AMERICA
and DEPARTMENT OF THE ARMY                                     DEFENDANTS

## **ORDER**

Upon Defendants' Motion to Dismiss Plaintiff's Complaint, and the Court being

otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED; accordingly,

Plaintiff's claims in this case, are, in their entirety, DISMISSED WITH PREJUDICE.  There

being no just cause for delay, this being a final and appealable Order.


TENDERED BY:

Michael D. Ekman
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY 40202
(502) 625-7102