# EXHIBIT A



## Bailey Law Office, P.L.C.

G. WILLIAM BAILEY, JR.
ADMITTED TO PRACTICE IN
KENTUCKY AND TENNESSEE

24 PUBLIC SQUARE
P.O. BOX 278
ELIZABETHTOWN, KENTUCKY
42702-0278
BAILEYLAWOFFICE@COMCAST.NET

TELEPHONE
(270) 769-5360

FACSIMILE
(270) 765-2153

January 28, 2021

Hon. Samuel G. Hayward
Adams, Hayward & Welsh
4036 Preston Highway
Louisville, KY 40213

RE:  Gail Galbusier

Dear Mr. Hayward:

Please be advised that I represent Mr. Edward Gallrein in the matters addressed to him in your letter of October 17, 2019.

My client has advised me that you have attempted to deliver to him within the past several days a letter/documents which he will not accept.

You are hereby instructed that because I represent Mr. Gallrein in these matters any further communications concerning same should be directed to my office.

Your cooperation is appreciated.

Very truly yours,

BAILEY LAW OFFICE

G. William Bailey, Jr.

GWB,Jr.:pgr