# EXHIBIT B

2/4/2021                                                                USPS.com® - USPS Tracking® Results

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®                                                       FAQs >

Track Another Package +

**Tracking Number: 70132250000156138206**                              Remove ✕

Your item was delivered at 10:22 am on February 4, 2021 in ELIZABETHTOWN, KY 42701.

## ✓ Delivered

February 4, 2021 at 10:22 am
Delivered
ELIZABETHTOWN, KY 42701

---

**Text & Email Updates**                                               ⌄

---

**Tracking History**                                                   ⌃

February 4, 2021, 10:22 am
Delivered
ELIZABETHTOWN, KY 42701
Your item was delivered at 10:22 am on February 4, 2021 in ELIZABETHTOWN, KY 42701.

February 3, 2021, 7:21 am
Available for Pickup
ELIZABETHTOWN, KY 42701

February 3, 2021, 1:31 am
Arrived at Unit

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70132250000156138206                1/2

2/4/2021 USPS.com® - USPS Tracking® Results

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70132250000156138206

Remove ✕

Your item was delivered at 10:22 am on February 4, 2021 in ELIZABETHTOWN, KY 42701.

## ✓ Delivered

February 4, 2021 at 10:22 am
Delivered
ELIZABETHTOWN, KY 42701

Feedback

**Text & Email Updates** ˅

**Tracking History** ˄

February 4, 2021, 10:22 am
Delivered
ELIZABETHTOWN, KY 42701
Your item was delivered at 10:22 am on February 4, 2021 in ELIZABETHTOWN, KY 42701.

February 3, 2021, 7:21 am
Available for Pickup
ELIZABETHTOWN, KY 42701

February 3, 2021, 1:31 am
Arrived at Unit

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70132250000156138206          1/2

2/4/2021                                    USPS.com® - USPS Tracking® Results

ELIZABETHTOWN, KY 42701

February 2, 2021, 6:59 pm
Departed USPS Regional Facility
LOUISVILLE KY DISTRIBUTION CENTER

February 2, 2021, 5:47 pm
Arrived at USPS Regional Facility
LOUISVILLE KY DISTRIBUTION CENTER

February 2, 2021, 4:23 pm
USPS in possession of item
LOUISVILLE, KY 40231

**Product Information**                                                    ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

2/4/2021 USPS.com® - USPS Tracking® Results

ELIZABETHTOWN, KY 42701

February 2, 2021, 6:59 pm
Departed USPS Regional Facility
LOUISVILLE KY DISTRIBUTION CENTER

February 2, 2021, 5:47 pm
Arrived at USPS Regional Facility
LOUISVILLE KY DISTRIBUTION CENTER

February 2, 2021, 4:23 pm
USPS in possession of item
LOUISVILLE, KY 40231

**Product Information** ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



```
UNITED STATES
POSTAL SERVICE.
         LOUISVILLE
       1420 GARDINER LN
     LOUISVILLE, KY 40231-9989
          (800)275-8777
02/02/2021                    04:27 PM

Product           Qty   Unit    Price
                        Price

Priority Mail 1-Day 1           $7.95
Flat Rate Env
    Elizabethtown, KY  42702
    Flat Rate
    Expected Delivery Date
        Wed 02/03/2021
    Restricted Del                $9.15
        Recipient name
            WILLIAM BAILEY
        Tracking #:
            70132250000156138206
    Return Receipt                $2.85
        Tracking #:
            9590 9402 6346 0296 0614 07
Total                            $19.95

Grand Total:                     $19.95

Credit Card Remitted             $19.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX0751
    Approval #: 002274
    Transaction #: 919
    AID: A0000000031010      (hip
    AL: Visa Credit
    PIN: Not Required
```

USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19. We appreciate your patience.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business.

Tell us about your experience
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.85 |
| Certified Fee | | $0.00 |
| | | $9.15 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | $19.95 |

Postmark: 02/02/2021

Sent To: BAILEY LAW OFFICE
Street, Apt No.; Public Sq, PO BOX 278
or PO Box No.
City, State, ZIP+4: ELIZABETH, KY 42702-0278

PS Form 3800, August 2006       See Reverse for Instructions